## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIGIOTTA'S FARMLAND PRODUCE & GARDEN CENTER, INC. <br> Plaintiff <br> v. <br><br> JERILU FRUIT AND PRODUCE COMPANY d/b/a Jerilu Produce Company, d/b/a Jerilu Produce Center; MATTHEW S. EICHNER, individually; DEBORAH CONSTABLE, individually; and ROBERT CATALDE, as executor of the Estate of Edward A. Eichner; <br> Defendants. | Case No.: 1:15-cv-251-BR <br><br> Judge Cathy Bissoon |

### STIPULATION AND AGREED ORDER FOR ENTRY OF JUDGMENT

NOW COMES the Plaintiff BRIGIOTTA'S FARMLAND PRODUCE & GARDEN CENTER, INC. ("Plaintiff"), by counsel, and the Defendant JERILU FRUIT AND PRODUCE COMPANY d/b/a Jerilu Produce Company, d/b/a Jerilu Produce Center ("Defendant") by counsel, and stipulate and agree that:

1. JERILU FRUIT AND PRODUCE COMPANY d/b/a Jerilu Produce Company, d/b/a Jerilu Produce Center ("Defendant") consents to the entry of a judgment and through such consent, waives any objection to the Court's exercise of both personal and subject matter jurisdiction in this matter to allow for the entry of the judgment. This Stipulation and Judgment will also apply to and be entered against Defendant's successor corporations.

2. Final judgment is hereby entered on all counts in favor of Plaintiff and against the Defendant JERILU FRUIT AND PRODUCE COMPANY d/b/a Jerilu Produce Company, d/b/a Jerilu Produce Center, for breach of its duties as trustee of the statutory trust ("PACA") set forth in the Perishable Agricultural Commodities Act ("PACA") 7 USC 499a-t, of which Plaintiff is a beneficiary, in the current amount of $45,619.26 (consisting of $43,338.25 for unpaid produce

and related items and $2,281.01 in interest as of 10/11/15 per the parties' contracts), plus further interest and collection costs, including attorney's fees.

    3.    Within three (3) business days from the entry of judgment by the Court Defendant shall tender to Plaintiff, through its counsel, all remaining funds from Defendant Jerilu's bank account at Erie Bank that are enjoined under the previously entered Preliminary Injunction, which shall be applied towards satisfying this judgment.

    4.    The previously entered preliminary injunction against Defendant is hereby amended to allow Defendant to comply with the payment set forth in paragraph 3. Once payment is made pursuant to paragraph 3, the preliminary injunction will be dissolved.

    5.    There is no just reason to delay execution or appeal. Unless Plaintiff files with this Court a notice of non-payment/non-compliance, **by November 30, 2015**, the Court then will mark this case closed and enter final judgment under Fed. R. Civ. P. 58.

**SO ORDERED** this  20th  day of November, 2015.

                                          s\Cathy Bissoon
                                          **United States District Judge**

## AGREEMENT TO JUDGMENT:

Respectfully submitted,

BRIGIOTTA'S FARMLAND PRODUCE & GARDEN CENTER, INC.

By: _____
One of Its Attorneys

Michael P. Kruszewski, Esq.
(PA ID#91239)
Quinn, Buseck, Leemhuis, Toohey,
& Kroto, Inc.
2222 West Grandview Boulevard
Erie, PA 16506.
Telephone: (814) 833-2222
Facsimile: (814) 833-6753
Email: mkruszewski@quinnfirm.com

and

David A. Adelman, Esq. (IL6209401)
(Pro Hac Vice)
ADELMAN LAW OFFICES LLC
1901 N. Roselle Road, Suite 800
Schaumburg, Illinois 60195
Tel: (847) 301-4341
Fax: (847) 301-4342
adelman@pacaenforcer.com

JERILU FRUIT AND PRODUCE COMPANY,

By: _____
One of its Attorneys

Craig A. Markham, Esquire
ELDERKIN LAW FIRM
150 East Eighth Street
Erie, Pennsylvania 16501
Telephone: (814) 456-4000
Email: camarkham@elderkinlaw.com

3