**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIGIOTTA'S FARMLAND PRODUCE & GARDEN CENTER, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 15-251E |
| v. | ) ) | Judge Cathy Bissoon |
| JERILU FRUIT AND PRODUCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## <u>JUDGMENT ORDER</u>

Consistent with the Order dated November 20, 2015 (Doc. 39), FINAL JUDGMENT hereby is entered under Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.


December 2, 2015                                          s\Cathy Bissoon_____
                                                                          Cathy Bissoon
                                                                          United States District Judge


cc (via ECF email notification):

All Counsel of Record